IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

JAMEL EWING GREENE                                          PETITIONER
Reg # 17632-035

v.                          No. 2:23-cv-53-DPM

DEWAYNE HENDRIX, Warden,
Federal Correctional Institution in
Forrest City                                                RESPONDENT

## ORDER

On *de novo* review, the Court adopts Magistrate Judge Ervin's recommendation, *Doc. 8*, and overrules Greene's objections, *Doc. 9*. Fed. R. Civ. P. 72(b)(3).  Greene's amended § 2241 petition, *Doc. 1 & 4-1*, will be dismissed without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

16 June 2023