IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

JAMEL EWING GREENE                                              PETITIONER
Reg # 17632-035

v.                          No. 2:23-cv-53-DPM

DEWAYNE HENDRIX, Warden,
Federal Correctional Institution in
Forrest City                                                    RESPONDENT

## JUDGMENT

Greene's amended § 2241 petition is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

16 June 2023